UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TORMU E. PRALL | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 12-10104-JLT |
| | * | |
| SUPREME JUDICIAL COURT, et al, | * | |
| | * | |
| Defendants. | * | |

ORDER

October 4, 2012

TAURO, J.

1.   The motions (#12, #15) for leave to appeal in forma pauperis are DENIED. The "three strikes" rule, which precluded Prall from proceeding in forma pauperis in this action, also bars a "three strikes" litigant from appealing in forma pauperis unless the prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g). Thus, for the same reasons the Court dismissed this action on July 24, 2012 (#9), the Court denies Prall's motions to appeal in forma pauperis.

2.   In one of the motions to proceed in forma pauperis (#12), Prall also asks for certain relief in regards to his appellate brief. The DENIES the motion without prejudice, as the request must be directed to the Court of Appeals.

   IT IS SO ORDERED.

  10/4/2012                              /s/ Joseph L. Tauro
DATE                                   UNITED STATES DISTRICT JUDGE